Mabel A. Frankel, Appellee, v. Margaret Halleman, Appellant.

Gen. No. 46,310.

Allen, Darlington & Elliott, for appellant; Cummings & Wyman, for appellee; Harold Engstrom, and Kurt W. Teuthorn, of counsel. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full. Opinion filed November 3, 1954; released for publication December 9, 1954.